# Court of Appeals
# of the State of Georgia

ATLANTA, March 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0136. LLOYD E. WARD v. PEGGY STEWART, et al.**

Lloyd E. Ward filed this application seeking to challenge the trial court's order denying his motion to compel arbitration and stay proceedings in this class action involving violations of the Georgia Debt Adjustment Act. We lack jurisdiction.

"[O]rders denying a motion to stay proceedings and compel arbitration are not appealable except under the interlocutory appeal provisions of OCGA § 5-6-34 (b)." (Citation and punctuation omitted.) *American General Financial Svcs. v. Vereen*, 282 Ga. App. 663, 665 (639 SE2d 598) (2006). Such orders are not collateral orders. Id. See also *American General Financial Svcs. v. Jape*, 291 Ga. 637, 644 (2) (732 SE2d 746) (2012). Thus, in order to obtain appellate review, Ward was required to follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b) by, among other things, obtaining a certificate of immediate review. Ward's failure to secure the certificate deprives us of jurisdiction to review this order. Accordingly, this application is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*